LAW OFFICES OF SOOK H. LEE
Sook H. Lee (SBN 162307)
6565 N. MacArthur Blvd., Suite 225
Irving, Texas 75039
Tel: 214-918-7431
Fax: 214-624-5101
Email: sook.lee@shllaw.net

Attorneys for Plaintiff
YOU FIRST EXPRESS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| YOU FIRST EXPRESS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KUMHO TIRE U.S.A., INC., a Georgia corporation; WOO-HYUN JUNG, an individual, <br><br> Defendants. | Case No.: <br><br> COMPLAINT FOR DAMAGES <br><br> BREACH OF CONTRACT; PROMISSORY ESTOPPEL; PROMISSORY FRAUD; AND COMMON COUNTS |

Plaintiff You First Express, Inc. alleges:

### I.

### JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) because this action involves citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs.

2.     Venue is proper in the Central District of California pursuant to 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

II.

PARTIES

3.     Plaintiff You First Express, Inc. ("YFE") is a California corporation with its principal place of business, located at 31244 Palos Verdes Dr. West Suite 203, Rancho Palos Verdes, California 90275. Plaintiff YFE is a property broker, licensed by the Federal Motor Carrier Safety Administration, and arranges motor carriers to transport loaded or empty containers. Plaintiff YFE brings this action on its own behalf and on behalf of all others having any interests in the recovery of plaintiff's claim against the defendants.

4.     Plaintiff is informed and believes, and on that basis alleges, that defendant Kumho Tire U.S.A., Inc. ("Kumho") is a Georgia corporation with its principal place of business, located at 133 Peachtree Street NE Suite 2800, Atlanta, Georgia 30303. Kumho imports and distributes tires in the U.S.A.

5.     Plaintiff is informed and believes, and on that basis alleges, that defendant Woo-Hyun Jung ("Jung") is and, at all times relevant hereto, was an adult individual, residing in Georgia, and employed by defendant Kumho as Director of Logistics.

III.

FIRST CLAIM FOR RELIEF

(Breach of Contract against Kumho)

6.     Plaintiff realleges and incorporates by reference paragraphs 1 through 5 of this Complaint.

7.     During the period from July 26, 2023 to August 17, 2023, through its agent Zariz Transport Inc., Kumho contracted plaintiff YFE to transport its imported merchandize ("Goods") from the Port of Los Angeles to Kumho's warehouses, located in Shafter, California, Rancho Cucamonga, California, and Ontario, California.

- 2 -

COMPLAINT FOR DAMAGES

8.    Plaintiff YFE performed its obligations under the agreement by arranging a motor carrier, Grand Canyon Logistics, Inc. to pick up the Goods from the Port of Los Angeles, deliver them to Kumho's warehouses and return the empty containers to the designated location(s). After the Goods were delivered to Kumho, plaintiff issued the invoices in the total amount of $80,731.25 to Zariz who was acting as Kumho's agent. The invoices were due 15 days from the invoice dates. A copy of the statement of account, dated September 12, 2023 is attached hereto as Exhibit A.

9.    Defendant Kumho materially breached the contract by failing to or cause Zaria to pay for the invoices.

10.    As a result of the defendants' failure to pay the invoices, plaintiff and those on whose behalf it sues have been damaged in the sum of $80,731.25, plus interest and costs, no part of which has been paid by defendants despite demands therefore.

IV.

SECOND CLAIM FOR RELIEF

(Promissory Estoppel against Kumho and Jung)

11.    Plaintiff realleges and incorporates by reference paragraphs 1 through 10 of this Complaint.

12.    Under the doctrine of promissory estoppel, "a promise which the promisor should reasonably expect to induce action or forbearance on the part of the promisee or a third party and which does induce such action or forbearance is binding if injustice can be avoided only by enforcement of the promise." Toscano v. Greene Music, 124 Cal.App.4th 685, 692 (Cal.Ct.App.2004).

13.    On or before August 22, 2023, plaintiff notified Kumho that it was holding five loaded containers due to the non-payment of outstanding freight charges by Zariz and Kumho. Such withholding of goods by a carrier was authorized by California Commercial Code §7307 which grants a carrier a lien on the goods covered by a bill of lading in its possession for charges for storage or transportation.

COMPLAINT FOR DAMAGES

14. On or about September 11, 2023, defendant Jung, who was Director of Logistics for Kumho, sent an email to the plaintiff YFE in order to induce YFE to release and deliver the five containers. A true and correct copy of the email is attached hereto as Exhibit B. In that email, defendant Jung requested YFE to "move the containers ASAP," and promised that "One way [or] the other we will pay directly to you or via Zariz. **We will assure you get paid**." [emphasis added.] Defendant Jung also requested YFE to provide its W-9 and bank information. Defendant Jung made these promises and assurance on behalf of Kumho as Kumho's Director of Logistics.

15. Plaintiff YFE replied upon defendants' promise to pay the outstanding freight charges or assurance to have the plaintiff get paid when plaintiff YFE arranged to deliver the five containers to Kumho's warehouse, thereby relinquishing its carrier's lien.

16. Defendants Kumho and Jung have never kept the promise to pay the outstanding freight charges or performed the assurance that plaintiff YFE would get paid.

17. As a direct and proximate result of the defendants' failure to keep their promise or perform their assurance, plaintiff YFE and those on whose behalf it sues have been damages in the sum of $80,731.25, plus interest and costs, no part of which has been paid by defendants despite numerous demands therefore.

V.

THIRD CLAIM FOR RELIEF

(Promissory Fraud against Kumho and Jung)

18. Plaintiff realleges and incorporates by reference paragraphs 1 through 17 of this Complaint.

19. Promissory fraud is "[a] promise, made without any intention of performing it." Cal. Civ. Code §1710(4).

- 4 -

COMPLAINT FOR DAMAGES

20.    The promise and assurance made by the defendants to the plaintiff YFE regarding the payment of the outstanding freight charges were false and without any intention to perform the promise or the assurance.

21.    Defendants intentionally and/or recklessly made the promise and assurance in order to induce the plaintiff to release and deliver the five loaded containers and relinquish the statutory lien right on the goods.

22.    Plaintiff was unaware of the falsity of the defendant's promise and assurance and was justified in acting in reliance upon the promise when it delivered the five loaded containers to Kumho and relinquished its lien on the goods.

23.    As a direct and proximate result of the defendants' failure to keep their promise or assurance, plaintiff YFE and those on whose behalf it sues have been damages in the sum of $80,731.25, plus interest and costs, no part of which has been paid by defendants despite numerous demands therefore.

VI.

FOURTH CLAIM FOR RELIEF

(Common Counts against Kumho)

24.    Plaintiff realleges and incorporates by reference paragraphs 1 through 23 of this Complaint.

25.    Defendant Kumho became indebted to the plaintiff within the last four years for work, labor, services and materials rendered at the request of the defendant Kumho through its agent Zariz and for which the defendant promised to pay plaintiff the freight invoices in the total sum of $80,731.25.

26.    Defendant Kumho has refused and continues to refuse to pay the freight charges for transportation services and other related services for its Goods rendered by the plaintiff in the total amount of $80,731.25, plus interest and costs, no part of which has been paid by defendant despite plaintiff's numerous demands therefore.

/ /

/ /

- 5 -

**COMPLAINT FOR DAMAGES**

WHEREFORE, plaintiff You First Express, Inc. prays for judgment:

1.     For damages in the principal amount of $80,731.25 against defendants Kumho Tire U.S.A., Inc. and Woo-Hyun Jung, jointly and severally;

2.     For prejudgment interest accrued from September 12, 2023;

3.     For the cost of suit herein; and

4.     For such other and further relief as this Court deems just and proper;


Dated: January 17, 2024                    LAW OFFICES OF SOOK H. LEE


By: ____/s/ Sook H. Lee_____
    Sook H. Lee
    Attorneys for Plaintiff
    You First Express, Inc.

**COMPLAINT FOR DAMAGES**

# EXHIBIT A

 

Bard 실험 버전　　　　　　　　　　　　　　　　　　　　　　　　　　로그인

Question:

Can a trucking broker demand payment from the original contractor if the trucking company does not make payment?

Answer:

Yes, a trucking broker can demand payment from the original contractor if the trucking company does not make payment. In the United States, a trucking broker is a contractor who acts as an intermediary between the original contractor and the trucking company. The trucking broker receives the shipment from the original contractor and then contracts with the trucking company to transport the shipment. Once the shipment is completed, the trucking broker is entitled to be paid by the original contractor.

In your case, your company, YF, received the shipment from Zariz and then contracted with Granados to transport the shipment. The shipment was completed, but Zariz did not pay YF. Since Zariz did not pay YF, YF can demand payment from the original contractor, Kumho Tire.

Of course, Kumho Tire is not in a direct contractual relationship with YF. Therefore, YF must prove the following in order to demand payment from Kumho Tire:

- There is a transportation　　　　YF and Zariz, and under that

Bard 사용해 보기

Best regards,

Gilbert (Kyu.W) Choi/CEO

Sent from Gmail Mobile

[Quoted text hidden]

---

**Woohyun Jung** <WJung@kumhotireusa.com>　　　　　　Mon, Sep 11, 2023 at 5:37 AM
To: Inrak Lee <ILee@kumhotireusa.com>, "luke@yfe21.com" <luke@yfe21.com>, "gilbert@yfe21.com" <gilbert@yfe21.com>, "Heather (Saet Byul) Mo" <sbmo@kumhotireusa.com>

11/1/23, 7:42 PM                    Kumho Container Imports - Shafner, CA / Rancho Cucamonga, CA / Ontario, CA

Cc: "gilbert@yfe21.com" <gilbert@yfe21.com>, "Heather (Saet Byul) Mo" <sbmo@kumhotireusa.com>, Taejung Yoon
<tjyoon@kumhotireusa.com>, "Ken (Doseob) Kim" <dskim@kumhotireusa.com>, Seunggi Baek
<sbaek@kumhotireusa.com>, Woohyun Jung <WJung@kumhotireusa.com>

Dear YFE Team

First of all, I am sorry about the payment delay issue from Zariz.

Can you provide the list of containers and provide payment amt?  I will take to Zariz about the payment
issue today , if we can not resolve we will pay directly to your company

In the meanwhile, can you provide W9, bank information ( official bank letter)

Please help us move the containers ASAP .. One way the other we will pay directly to you or via Zariz.. We
will assure you get paid.

Heather/Inrak/Baek

Please check the current lane what Zariz handle, start pull out if we can resolve this issue..  We might have
to hold payment also



**Woo-Hyun Jung | Director of Logistics | Kumho Tire
USA**

133 Peachtree St. NE Suite 2800 Atlanta, GA 30303
Wjung@KumhoTireUSA.com |
http://www.kumhotireusa.com/
**Ph** +1 786 575 9104(Cell) | 678-916-3345 (Office)

The Official Tire of NBA



This email contains confidential and proprietary information and is intended solely for the individual to whom it is
addressed. If you're not the intended recipient, you are hereby notified that any dissemination, distribution, or copying
of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.

**From:** Luke Suzuki <luke@yfe21.com>
**Sent:** Tuesday, August 22, 2023 7:59 PM
**To:** Heather (Saet Byul) Mo <sbmo@kumhotireusa.com>; ZZ.Sey June Park <SPark@kumhotireusa.com>; Jae Hun Um
<Jum@kumhotireusa.com>
**Cc:** Gilbert Choi(YFE) <gilbert@yfe21.com>
**Subject:** Kumho Container Imports - Shafner, CA / Rancho Cucamonga, CA / Ontario, CA

Hi Heather,

# EXHIBIT B

**YOU FIRST EXPRESS, INC.**
31244 Palos Verdes Dr. West Suite 203
Rancho Palos Verdes, CA 90275
+1 3107075707
acct@yfe21.com

 

# Statement

**TO**
Sarah Lund
**Zariz Transport Inc.**
7601 N Federal Hwy Ste 230B
Boca Raton, FL 33487-1668 USA

**DATE:** 9/12/2023
**TOTAL DUE:** $80,731.25

| Date | Transaction Type | No. | Customer Ref # | Due Date | Past Due | Amount | Open Balance |
|---|---|---|---|---|---|---|---|
| 07/26/2023 | Invoice | YFINV-19461 | SGN1874139 | 08/10/2023 | 33 | 1,025.00 | 1,025.00 |
| 07/26/2023 | Invoice | YFINV-19462 | SGN1874139 | 08/10/2023 | 33 | 1,025.00 | 1,025.00 |
| 07/26/2023 | Invoice | YFINV-19463 | SGN1874139 | 08/10/2023 | 33 | 1,025.00 | 1,025.00 |
| 07/31/2023 | Invoice | YFINV-19464 | SGN1874139 | 08/15/2023 | 28 | 1,000.00 | 1,000.00 |
| 07/31/2023 | Invoice | YFINV-19465 | SGN1874139 | 08/15/2023 | 28 | 1,225.00 | 1,225.00 |
| 08/01/2023 | Invoice | YFINV-19468 | MAEU228179682 | 08/16/2023 | 27 | 1,075.00 | 1,075.00 |
| 08/01/2023 | Invoice | YFINV-19469 | MAEU228179682 | 08/16/2023 | 27 | 1,075.00 | 1,075.00 |
| 08/01/2023 | Invoice | YFINV-19471 | MAEU228179682 | 08/16/2023 | 27 | 1,100.00 | 1,100.00 |
| 08/01/2023 | Invoice | YFINV-19472 | MAEU228179682 | 08/16/2023 | 27 | 1,100.00 | 1,100.00 |
| 08/01/2023 | Invoice | YFINV-19470 | MAEU228179682 | 08/16/2023 | 27 | 1,325.00 | 1,325.00 |
| 08/01/2023 | Invoice | YFINV-19467 | MAEU228179682 | 08/16/2023 | 27 | 1,075.00 | 1,075.00 |
| 08/01/2023 | Invoice | YFINV-19473 | SGN1874139 | 08/16/2023 | 27 | 1,100.00 | 1,100.00 |
| 08/08/2023 | Invoice | YFINV-19476 | SGN1874139 | 08/23/2023 | 20 | 1,150.00 | 1,150.00 |
| 08/08/2023 | Invoice | YFINV-19475 | SGN1874139 | 08/23/2023 | 20 | 1,243.75 | 1,243.75 |
| 08/09/2023 | Invoice | YFINV-19481 | TRHU4171206/TSXZ406840 | 08/24/2023 | 19 | 450.00 | 450.00 |
| 08/09/2023 | Invoice | YFINV-19482 | BSIU9695328/TSXZ489416 | 08/24/2023 | 19 | 450.00 | 450.00 |
| 08/09/2023 | Invoice | YFINV-19490 | CMDUSGN1875748 | 08/24/2023 | 19 | 1,075.00 | 1,075.00 |
| 08/09/2023 | Invoice | YFINV-19479 | CMDUSGN1875748 | 08/24/2023 | 19 | 1,175.00 | 1,175.00 |
| 08/09/2023 | Invoice | YFINV-19480 | SGN1874139 | 08/24/2023 | 19 | 1,200.00 | 1,200.00 |
| 08/09/2023 | Invoice | YFINV-19485 | MAEU228179682 | 08/24/2023 | 19 | 1,250.00 | 1,250.00 |
| 08/09/2023 | Invoice | YFINV-19487 | MAEU228179682 | 08/24/2023 | 19 | 1,250.00 | 1,250.00 |
| 08/09/2023 | Invoice | YFINV-19488 | MAEU228179682 | 08/24/2023 | 19 | 1,250.00 | 1,250.00 |
| 08/09/2023 | Invoice | YFINV-19489 | MAEU228179682 | 08/24/2023 | 19 | 1,250.00 | 1,250.00 |
| 08/09/2023 | Invoice | YFINV-19486 | MAEU228179682 | 08/24/2023 | 19 | 1,275.00 | 1,275.00 |
| 08/10/2023 | Invoice | YFINV-19491 | CAAU6044026/FLXZ430187 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19492 | CMAU7790160/HDMZ411286 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19493 | CAIU9429430/TSXZ417429 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19494 | NYKU4842460/MSCZ450835 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19495 | CMAU6206945/FLXZ433806 | 08/25/2023 | 18 | 450.00 | 450.00 |

**YOU FIRST EXPRESS, INC.**
31244 Palos Verdes Dr. West Suite 203
Rancho Palos Verdes, CA 90275
+1 3107075707
acct@yfe21.com

 

# Statement

TO
Sarah Lund
Zariz Transport Inc.
7601 N Federal Hwy Ste 230B
Boca Raton, FL 33487-1668 USA

**DATE:** 9/12/2023
**TOTAL DUE:** $80,731.25

| Date | Transaction Type | No. | Customer Ref # | Due Date | Past Due | Amount | Open Balance |
|---|---|---|---|---|---|---|---|
| 08/10/2023 | Invoice | YFINV-19496 | TLLU5687154/APMZ414820 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19497 | NYKU0845497/MSCZ452879 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19498 | GCXU5398754/MSCZ453720 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19499 | FSCU8570333/TSXZ423397 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19500 | CMAU7701270/TSXZ488371 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19501 | CMAU4817170/TSXZ405303 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19502 | KKFU8070609/FLXZ429260 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19503 | FFAU2099739/OESZ803734 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19504 | EMCU8771932/EMCZ5415227 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19505 | TGBU7152973/TSXZ498961 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19506 | OOLU8724680/FVKZ101272 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19507 | PONU8259781/TSXZ423188 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19508 | CMAU7821682/CCLZ400956 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19509 | TCNU6849942/TSXZ419587 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19510 | TCLU8209952/GACZ405696 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19511 | TEMU8404787/TSXZ487653 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19512 | CAAU5010546/HDMZ409221 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19513 | TCNU1999770/DCYZ441269 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19514 | BEAU5203775/TSXZ413831 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19515 | TXGU7238302/TSXZ483743 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19516 | TCKU7610578/HDMZ403446 | 08/25/2023 | 18 | 450.00 | 450.00 |

**YOU FIRST EXPRESS, INC.**
31244 Palos Verdes Dr. West Suite 203
Rancho Palos Verdes, CA 90275
+1 3107075707
acct@yfe21.com

 

# Statement

TO

Sarah Lund
Zariz Transport Inc.
7601 N Federal Hwy Ste 230B
Boca Raton, FL 33487-1668 USA

DATE:  9/12/2023
TOTAL DUE: $80,731.25

| Date | Transaction Type | No. | Customer Ref # | Due Date | Past Due | Amount | Open Balance |
|---|---|---|---|---|---|---|---|
| 08/10/2023 | Invoice | YFINV-19517 | NYKU4978395/FLKZ600541 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/10/2023 | Invoice | YFINV-19518 | TGCU5303009/TSXZ417318 | 08/25/2023 | 18 | 450.00 | 450.00 |
| 08/11/2023 | Invoice | YFINV-19519 | CMDUSGN1875748 | 08/26/2023 | 17 | 975.00 | 975.00 |
| 08/11/2023 | Invoice | YFINV-19520 | COSU6358908250 | 08/26/2023 | 17 | 1,325.00 | 1,325.00 |
| 08/14/2023 | Invoice | YFINV-19521 | CMDUSGN1875748 | 08/29/2023 | 14 | 450.00 | 450.00 |
| 08/15/2023 | Invoice | YFINV-19525 | MAEU228179682 | 08/30/2023 | 13 | 450.00 | 450.00 |
| 08/15/2023 | Invoice | YFINV-19526 | CMAU6449740 / MSCZ43877 | 08/30/2023 | 13 | 450.00 | 450.00 |
| 08/15/2023 | Invoice | YFINV-19523 | CMDUSGN1875748 | 08/30/2023 | 13 | 1,100.00 | 1,100.00 |
| 08/15/2023 | Invoice | YFINV-19524 | CMDUSGN1875748 | 08/30/2023 | 13 | 1,175.00 | 1,175.00 |
| 08/30/2023 | Invoice | YFINV-19558 | CMAU7856272 / FHCZ046695 | 08/30/2023 | 13 | 450.00 | 450.00 |
| 08/30/2023 | Invoice | YFINV-19559 | OOCU7432352 / NGLT900900 | 08/30/2023 | 13 | 450.00 | 450.00 |
| 08/30/2023 | Invoice | YFINV-19560 | HMMU6420551 / AIMZ843651 | 08/30/2023 | 13 | 450.00 | 450.00 |
| 08/30/2023 | Invoice | YFINV-19562 | COSU6360225460 | 08/30/2023 | 13 | 1,500.00 | 1,500.00 |
| 08/30/2023 | Invoice | YFINV-19563 | COSU6360225460 | 08/30/2023 | 13 | 2,425.00 | 2,425.00 |
| 08/16/2023 | Invoice | YFINV-19527 | CMDUSGN1875748 | 08/31/2023 | 12 | 1,000.00 | 1,000.00 |
| 08/17/2023 | Invoice | YFINV-19528 | UETU5177747 / TSXZ405128 | 09/01/2023 | 11 | 450.00 | 450.00 |
| 08/17/2023 | Invoice | YFINV-19536 | TCKU7341946/ FHCZ046408 | 09/01/2023 | 11 | 450.00 | 450.00 |
| 08/17/2023 | Invoice | YFINV-19537 | MRSU4095926 | 09/01/2023 | 11 | 450.00 | 450.00 |
| 08/17/2023 | Invoice | YFINV-19538 | SUDU5694243 / TSXZ555237 | 09/01/2023 | 11 | 450.00 | 450.00 |
| 08/17/2023 | Invoice | YFINV-19539 | TCKU6783075 / TSXZ436988 | 09/01/2023 | 11 | 450.00 | 450.00 |
| 08/17/2023 | Invoice | YFINV-19535 | COSU6360225460 | 09/01/2023 | 11 | 1,050.00 | 1,050.00 |
| 08/17/2023 | Invoice | YFINV-19529 | COSU6360225460 | 09/01/2023 | 11 | 1,075.00 | 1,075.00 |
| 08/17/2023 | Invoice | YFINV-19534 | COSU6360225460 | 09/01/2023 | 11 | 1,075.00 | 1,075.00 |
| 08/17/2023 | Invoice | YFINV-19530 | COSU6360225460 | 09/01/2023 | 11 | 1,100.00 | 1,100.00 |
| 08/17/2023 | Invoice | YFINV-19531 | COSU6360225460 | 09/01/2023 | 11 | 1,100.00 | 1,100.00 |
| 08/17/2023 | Invoice | YFINV-19532 | COSU6360225460 | 09/01/2023 | 11 | 1,100.00 | 1,100.00 |
| 08/17/2023 | Invoice | YFINV-19541 | COSU6360225460 | 09/01/2023 | 11 | 1,100.00 | 1,100.00 |
| 08/17/2023 | Invoice | YFINV-19542 | COSU6360225460 | 09/01/2023 | 11 | 1,100.00 | 1,100.00 |

**YOU FIRST EXPRESS, INC.**
31244 Palos Verdes Dr. West Suite 203
Rancho Palos Verdes, CA 90275
+1 3107075707
acct@yfe21.com

 

# Statement

**TO**
Sarah Lund
**Zariz Transport Inc.**
7601 N Federal Hwy Ste 230B
Boca Raton, FL 33487-1668 USA

**DATE:** 9/12/2023
**TOTAL DUE:** $80,731.25

| Date | Transaction Type | No. | Customer Ref # | Due Date | Past Due | Amount | Open Balance |
|------|------------------|-----|----------------|----------|----------|--------|--------------|
| 08/17/2023 | Invoice | YFINV-19540 | COSU6360225460 | 09/01/2023 | 11 | 1,125.00 | 1,125.00 |
| 08/17/2023 | Invoice | YFINV-19544 | COSU6360225460 | 09/01/2023 | 11 | 1,150.00 | 1,150.00 |
| 08/17/2023 | Invoice | YFINV-19545 | COSU6360225460 | 09/01/2023 | 11 | 1,150.00 | 1,150.00 |
| 08/17/2023 | Invoice | YFINV-19546 | COSU6360225460 | 09/01/2023 | 11 | 1,150.00 | 1,150.00 |
| 08/17/2023 | Invoice | YFINV-19543 | COSU6360225460 | 09/01/2023 | 11 | 1,225.00 | 1,225.00 |
| 08/17/2023 | Invoice | YFINV-19547 | COSU6360225460 | 09/01/2023 | 11 | 1,225.00 | 1,225.00 |
| 08/17/2023 | Invoice | YFINV-19533 | COSU6360225460 | 09/01/2023 | 11 | 1,287.50 | 1,287.50 |
| 08/17/2023 | Invoice | YFINV-19548 | COSU6360225460 | 09/01/2023 | 11 | 1,325.00 | 1,325.00 |
| 08/17/2023 | Invoice | YFINV-19549 | COSU6360225460 | 09/01/2023 | 11 | 1,350.00 | 1,350.00 |
| 08/17/2023 | Invoice | YFINV-19550 | COSU6360225460 | 09/01/2023 | 11 | 1,525.00 | 1,525.00 |
| 08/17/2023 | Invoice | YFINV-19551 | COSU6360225460 | 09/01/2023 | 11 | 1,525.00 | 1,525.00 |
| 08/17/2023 | Invoice | YFINV-19552 | COSU6360225460 | 09/01/2023 | 11 | 1,525.00 | 1,525.00 |
| 08/17/2023 | Invoice | YFINV-19553 | COSU6360225460 | 09/01/2023 | 11 | 1,525.00 | 1,525.00 |
| 08/17/2023 | Invoice | YFINV-19554 | COSU6360225460 | 09/01/2023 | 11 | 1,725.00 | 1,725.00 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|-------------|--------------------|--------------------|---------------------|-------------------|------------|
| 0.00 | 77,656.25 | 3,075.00 | 0.00 | 0.00 | 80,731.25 |

Preferred Accepted Payment: Cash, Wire or ACH/Electronic Deposit.

Account Name: **You First Express, Inc**
Bank Name: **JP Morgan Chase Bank, N.A**
Account Number: 596388097
Direct Deposit/ACH Payment Routing No:: **322271627**
Wire Transfer (Domestic) Routing No: **021000021**
SWIFT Code: **CHASUS33** (if not enough digits, please add XXX at the end, ex: CHASUS33XXX)
Bank Address: **2121 Torrance Blvd, Torrance, CA 90501**

Other Forms of Receiving Payment:
Zelle (Under $5000), Credit Card (extra 4% fee), Check*

Please make a check payable to: **You First Express, Inc**
NEW MAILING ADDRESS: **31244 Palos Verdes Dr. West Suite 203 Rancho Palos Verdes, CA 90275**

*May take 3-5 business days for check to clear.